UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY, <br><br> Plaintiffs, <br><br> -against- <br><br> COLIN CLARKE, M.D., and COLIN CLARKE M.D. P.C., <br><br> Defendants. | **MEMORANDUM AND ORDER** <br> Case No. 23-CV-4605 (FB) (PK) |

**BLOCK, Senior District Judge:**

Magistrate Judge Peggy Kuo issued a report and recommendation ("R&R") recommending that non-party Lucy Carol Colter's motion to intervene be denied. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file objections within the specified time waives the right to appeal." R&R at 6. The R&R was entered on February 6, 2026, and it was sent to Colter by regular mail on February 11, 2026. No objections have been filed. *See* Fed. R. Civ. P. 6(d).

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure

timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. Accordingly, the Clerk shall enter an order denying Colter's motion to intervene.

**SO ORDERED.**

_/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
April 21, 2026

2